United States Courts
Southern District of Texas
FILED

*October 15, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO.  4:25-cr-0546** |
| **SINDI VANESSA MORENO-FLORES** | |

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE
(Assault on Federal Officer or Employee, 18 U.S.C. § 111)**

1.    On or about September 23, 2025, in the Southern District of Texas, the defendant,

**SINDI VANESSA MORENO-FLORES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.L.A., a person designated in 18 U.S.C. § 1114, that is a U.S. Department of Homeland Security Supervisory Detention and Deportation Officer, while said officer was engaged in and on account of the performance of his official duties, which acts (a) involved physical contact with D.L.A.; (b) inflicted bodily injury on D.L.A., and (c) involved the use of a dangerous weapon: handcuffs.

All in violation of 18 U.S.C. § 111(a)(1) and 111(b).

A TRUE BILL:

Nicholas J. Ganjei
United States Attorney

_____Original Signature on File_____

Grand Jury Foreperson

Justin R. Martin
Assistant United States Attorney