UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 4:25-CR-546** |
| **v.** | |
| **SINDI VANESSA MORENO-FLORES** | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
**(Assault on Federal Officer or Employee, 18 U.S.C. § 111(a)(1))**

1.   On or about September 23, 2025, in the Southern District of Texas, the defendant,

**SINDI VANESSA MORENO-FLORES,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.L.A., a person designated in 18 U.S.C. § 1114, that is a U.S. Department of Homeland Security Supervisory Detention and Deportation Officer, while said officer was engaged in and on account of the performance of his official duties, which acts involved physical contact with D.L.A.

All in violation of 18 U.S.C. § 111(a)(1).

Nicholas J. Ganjei
United States Attorney

_____
Justin R. Martin
Assistant United States Attorney