UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:25-CR-00546 |
| | § | |
| Sindi Vanessa Moreno-Flores | § | |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA
## BY UNITED STATES MAGISTRATE JUDGE

I, **Sindi Vanessa Moreno-Flores,** the Defendant in this cause, with the advice and counsel of my attorney, **Alex Omar Rosa-Ambert**, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Dena Palermo, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable George C. Hanks**, United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable George C. Hanks.**

1 / 2

Signed on this 9th of February, 2026, at Houston, Texas.

Sindi Vanessa Moreno-Flores

Defendant's Name

_Sindi Moreno_
Defendant

Attorney for Defendant

Assistant United States Attorney