United States District Court
Southern District of Texas

**ENTERED**

February 10, 2026

Nathan Ochsner, Clerk

TED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA        §
                                §
vs.                             §        CRIMINAL NO. 4:25-CR-546
                                §
SINDI VANESSA MORENO-FLORES     §
                                §

## REPORT AND RECOMMENDATION

Before the Court, by referral pursuant to 28 U.S.C. § 636(b), is the matter of the re-arraignment of Sindi Vanessa Moreno-Flores, Defendant in this action. Order, ECF No. 24.[1] The Court, having addressed Defendant personally in open court, now submits its Report and Recommendation.

On February 6, 2026, Ms. Moreno appeared with counsel before the Court for the purpose of entering a guilty plea to Count 1 of the Information, charging her with assault on federal officer or employee, 18 U.S.C. § 111. Sentencing Data Sheet, ECF No. 28. After conducting this proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this Court makes the following findings of fact:

1. Ms. Moreno, after consultation with counsel of record and with the approval of the Government, has knowingly and voluntarily consented to be advised of her rights and to enter a plea of guilty before Judge Palermo, subject to Judge Hanks' final approval

---

[1] Ms. Moreno consented *in writing* to plead guilty before Judge Palermo. ECF No. 27.

1 / 3

and imposition of sentence.

2. Ms. Moreno is fully competent and capable of entering an informed plea.

3. Ms. Moreno is aware of the nature of the charges, the maximum punishment range, and the penalties that may be imposed at sentencing.

4. Ms. Moreno understands her constitutional and statutory rights and wishes to waive those rights, including the right to plead not guilty, the right to trial, the right to appeal, and the right to collaterally attack the conviction.

5. Ms. Moreno understands that Judge Hanks, the sentencing judge, is not bound by any recommendation on sentencing counsel may make to him. In addition, if Judge Hanks does not follow a recommendation on sentencing, Ms. Moreno understands she may not withdraw her plea of guilty even if the sentence is more severe than she expected it to be.

6. There is an independent basis in fact to support each of the essential elements of the offenses charged in Count 1 of the Information.

7. Ms. Moreno's plea of guilty is knowingly, voluntarily, and freely made, and she understands the consequences of her plea. This is an informed plea.

Therefore, it is the Court's **RECOMMENDATION** that Judge Hanks **ACCEPT** the guilty plea of Ms. Moreno to Count 1 of the Information and that she be adjudged guilty of the offenses alleged in Count 1 of the Information, to wit: assault on federal officer or employee. 18 U.S.C. § 111.

**The parties have fourteen (14) days to file written objections pursuant to General Order 2002-13.  Failure to file written objections timely shall bar an**

**aggrieved party from attacking the factual findings and legal conclusions on appeal.**

Signed on February 10, 2026, at Houston, Texas.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**